

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-26,955-09

**EX PARTE JESSIE PAUL SKINNER, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W91-01803-H(G) IN THE CRIMINAL DISTRICT COURT #1
### FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Applicant was convicted of murder and sentenced to life imprisonment. The Fifth Court of Appeals affirmed his conviction. *Skinner v. State*, No. 05-91-01305-CR (Tex. App. — Dallas March 10, 1994) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In the instant application, Applicant raises two grounds for relief which are based on newly-available evidence arising from post-conviction DNA testing. Additionally, Applicant claims that he received ineffective assistance of trial counsel.

This Court has reviewed Applicant's claims regarding the results of the post-conviction DNA

testing, and has determined that they are without merit. Therefore, Applicant's first and second grounds are denied. Applicant's remaining claim is barred from review and is dismissed. Tex. Code Crim. Proc. art. 11.07 § 4.

Filed: January 13, 2021
Do not publish